**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**No. 08-80055-CIV-HURLEY/VITUNAC**

PAUL MASTRELLA.
SAMUEL LASORDA,
GEORGE MELILLO,
MICHAEL OCCHIATO and
BRIAN SHAVER,

       Plaintiffs,

       v.

WCI COMMUNITIES, INC. and
THE RESORT AT SINGER ISLAND
PROPERTIES, INC.,

       Defendants.

_____/

**SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF THE MASTRELLA
GROUP'S <u>UNOPPOSED</u> MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE
<u>LEAD PLAINTIFF'S CHOICE OF COUNSEL</u>**

Lead plaintiff applicant, the Mastrella Group, respectfully submits this supplemental

memorandum of law in support of its unopposed motion pursuant to § 27(a)(3)(B) of the Securities

Act of 1933 (the "Securities Act") as amended by the Private Securities Litigation Reform Act

("PSLRA"), 15 U.S.C. § 77z-1(a)(3)(B) and Rule 42(a) of the Federal Rules of Civil Procedure, for

an Order:  (i) appointing the Mastrella Group as Lead Plaintiff to prosecute this litigation on behalf of

the proposed class; and (ii) approving Lead Plaintiff's choice of counsel, Beasley Hauser Kramer

Leonard & Galardi, P.A., as counsel to the Lead Plaintiff and the Class.

1

## I.  PROCEDURAL BACKGROUND

On January 23, 2008, Paul Mastrella, Samuel Lasorda, George Melillo, Michael Occhiato and Brian Shaver (the "Mastrella Group") filed a Complaint against Defendants, alleging violations of sections 12(a)(1) and 15 of the Securities Act, 15 U.S.C. § 77l(a)(1) and § 77o.

Pursuant to 15 U.S.C. § 77-z-1(a)(3)(B)(v), counsel for the Mastrella Group published on February 1, 2008 a notice of this class action litigation to class members.  That notice summarized the claims asserted in the action and advised that any person who purchased or acquired one or more Hotel Units could move within 60 days of that notice for appointment as lead plaintiff.

Any motions for appointment of lead plaintiff were required to be filed by **April 1, 2008**.

On March 28, 2008, the Mastrella Group timely filed their motion for appointment as lead plaintiff.  A proposed Order was attached to the motion.

No other motions have been filed by any other parties seeking appointment as lead plaintiff. Therefore, this Motion is unopposed.

## II.  ARGUMENT

### A.      No Other Motions for Lead Plaintiff Have Been Filed

As no other motions for appointment as lead plaintiff have been filed, and the deadline for such filing has now expired, Plaintiff's March 28, 2008 motion is now ripe for disposition, and is unopposed.

Pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(i), the Court should consider any motions for appointment as lead plaintiff within 90 days of the February 1, 2008 notice (i.e.: **May 1, 2008**) and make an appointment of Lead Plaintiff.

A revised proposed Order is submitted herewith.

### III.  CONCLUSION

For the foregoing reasons, the Mastrella Group respectfully requests that the Court grant an

Order:  (i) appointing the Mastrella Group as Lead Plaintiff pursuant to 15 U.S.C. § 77z-1(a)(3)(B);

and (ii) approving the Mastrella Group's selection of Beasley Hauser Kramer Leonard & Galardi,

P.A. to serve as its Lead Counsel pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v).

Dated:  April 7, 2008

Respectfully submitted,

**BEASLEY HAUSER KRAMER**
**LEONARD &GALARDI, P.A.**

By:      /s/ Patricia Leonard
James W. Beasley, Jr. Esq.
(Florida Bar No. 145750)
Patricia Leonard, Esq.
(Florida Bar No. 0065455)
Flagler Center, Suite 1500
505 S. Flagler Drive
West Palm Beach, FL  33401
Telephone:  (561) 835-0900
Facsimile:  (561) 835-0939
*Proposed Lead Counsel for the*
*Mastrella Group and the Class*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    /s/ Patricia Leonard
Patricia Leonard

**SERVICE LIST**
**Paul Mastrella, et al v. WCI Communities, et al.**
**Case No. 08-80055-CIV-HURLEY/VITUNAC**
**United States District Court, Southern District Of Florida**

James W. Beasley, Jr.
Patricia Leonard
Leonard@beasleylaw.net
505 S.  Flagler Drive, Suite 1500
West Palm Beach, FL  33401
Telephone: (561) 835-0900
Fax: (561) 835-0939
*Attorneys for Plaintiffs Paul Mastrella,*
*SamuelLasorda, George Melillo, Michael*
*Occhiato and Brian Shaver*
[Notice of CM/ECF Filing]


Joseph Ianno, Jr.
jianno@carltonfields.com
CARLTON FIELDS, P.A.
222 Lakeview Avenue, Suite 1400
West Palm Beach, FL  33401-6149
Telephone: (561) 659-7070
Fax: (561) 659-7368
*Attorneys for Defendants WCI COMMUNITIES, INC.*
*and THE RESORT AT SINGER ISLAND*
*PROPERTIES, INC.*
[Notice of CM/ECF Filing]


Mary Elizabeth McGarry
mmcgarry@stblaw.com
SIMPSON THACHER & BARLETT LLP
425 Lexington Avenue
New York, NY  10017-3954
Telephone:     (212) 455-2000
Fax:     (212) 455-2502
*Attorneys for Defendants WCI COMMUNITIES, INC.*
*and THE RESORT AT SINGER ISLAND*
*PROPERTIES, INC.*
[Notice of CM/ECF Filing]